DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ISMAEL FALILOU DIAGNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>                             )  <br>            Plaintiff,       )  <br>                             )  <br>       v.                    )  <br> ISMAEL FALILOU DIAGNE,      )  <br>                             )  <br>            Defendant.       )  <br> _____) | Case No. CR.S-07-478-DLJ  <br>  <br> DATE:  December 18, 2007  <br> TIME:  9:00.a.m.  <br> JUDGE: Hon. D. Lowell Jensen |

   It is hereby stipulated and agreed to between the United States of America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, ISMAEL FALILOU DIAGNE, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for Tuesday, November 27, 2007 be rescheduled for Tuesday, December 18, 2007 at 9:00 a.m.

   This continuance is being requested because defense counsel recently obtained discovery from the government and needs additional time to review the discovery, discuss it with Mr. Diagne, and conduct investigation and research.

//

//

//

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for December 18, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 26, 2007         Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Rachelle Barbour
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ISMAEL FALILOU DIAGNE



                                 McGREGOR W. SCOTT
                                 United States Attorney


DATED: November 26, 2007         /s/ Rachelle Barbour for
                                 ROBIN TAYLOR
                                 Assistant U.S. Attorney

                                **O R D E R**

   **IT IS SO ORDERED.**

DATED: 11/27/2007                /s/ D. Lowell Jensen
                                 D. LOWELL JENSEN
                                 UNITED STATES DISTRICT JUDGE

**2**