```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ISMAEL FALILOU DIAGNE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-07-478-DLJ |
| Plaintiff, ) | |
| ) | DATE: January 22, 2008 |
| v. ) | TIME: 9:00.a.m. |
| ISMAEL FALILOU DIAGNE, ) | JUDGE: Hon. D. Lowell Jensen |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, ISMAEL FALILOU DIAGNE, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for Tuesday, December 18, 2007 be rescheduled for Tuesday, January 22, 2008 at 9:00 a.m.

This continuance is being requested because defense counsel recently obtained discovery from the government and needs additional time to review the discovery, discuss it with Mr. Diagne, and conduct investigation and research.

//

//

//

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for January 22, 2008, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 17, 2007          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Rachelle Barbour
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ISMAEL FALILOU DIAGNE


                                  McGREGOR W. SCOTT
                                  United States Attorney


DATED: December 17, 2007          /s/ Rachelle Barbour for
                                  ROBIN TAYLOR
                                  Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: 12/17/2007
                                  /s/ D. Lowell Jensen
                                  D. LOWELL JENSEN
                                  UNITED STATES DISTRICT JUDGE


**NOTE TO COUNSEL:** Due to a change in Judge Jensen's calendar, the court altered the date of the next appearance to January 22, 2008 at 9:00 a.m. If this new date is unacceptable to counsel, please contact Harry Vine.

2