```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    ISMAEL FALILOU DIAGNE
 6
                    IN THE UNITED STATES DISTRICT COURT
 7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9
    UNITED STATES OF AMERICA,    )
10                               )   Case No. CR.S-07-478-DLJ
               Plaintiff,        )
11                               )   DATE:  February 5, 2008
               v.                )   TIME:  9:00.a.m.
12  ISMAEL FALILOU DIAGNE,       )   JUDGE: Hon. D. Lowell Jensen
                                 )
13             Defendant.        )
                                 )
14  _____ )

15
```

16     It is hereby stipulated and agreed to between the United States of
17 America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant,
18 ISMAEL FALILOU DIAGNE, by and though his counsel, RACHELLE BARBOUR,
19 Assistant Federal Defender, that the status conference set for Tuesday,
20 January 22, 2008 be rescheduled for Tuesday, February 5, 2008 at 9:00
21 a.m.
22     This continuance is being requested because defense counsel
23 recently obtained discovery from the government and needs additional
24 time to review the discovery, discuss it with Mr. Diagne, and conduct
25 investigation and research.
26 //
27 //
28 //

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for February 5, 2008, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 17, 2008        Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ Rachelle Barbour
                                         RACHELLE BARBOUR
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         ISMAEL FALILOU DIAGNE

                                         McGREGOR W. SCOTT
                                         United States Attorney

DATED: January 17, 2008        /s/ Rachelle Barbour for
                                         ROBIN TAYLOR
                                         Assistant U.S. Attorney

                                             **O R D E R**

**IT IS SO ORDERED.**

DATED: January 17, 2008        _____
                                         D. LOWELL JENSEN
                                         UNITED STATES DISTRICT JUDGE