```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    ISMAEL FALILOU DIAGNE
 6
                     IN THE UNITED STATES DISTRICT COURT
 7
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9
    UNITED STATES OF AMERICA,    )
10                               )    Case No. CR.S-07-478-DLJ
                 Plaintiff,      )
11                               )    DATE:  February 26, 2008
            v.                   )    TIME:  9:00.a.m.
12  ISMAEL FALILOU DIAGNE,       )    JUDGE: Hon. D. Lowell Jensen
                                 )
13               Defendant.      )
                                 )
14  _____ )

15
```

16      It is hereby stipulated and agreed to between the United States of
17 America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant,
18 ISMAEL FALILOU DIAGNE, by and though his counsel, RACHELLE BARBOUR,
19 Assistant Federal Defender, that the status conference set for Tuesday,
20 February 5, 2008 be rescheduled for Tuesday, February 26, 2008 at 9:00
21 a.m.
22      This continuance is being requested because defense counsel needs
23 additional time to discuss the case with the prosecutor, negotiate a
24 plea agreement, and present it to Mr. Diagne.
25 //
26 //
27
28

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for February 26, 2008, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 5, 2008         Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Rachelle Barbour
                                RACHELLE BARBOUR
                                Assistant Federal Defender
                                Attorney for Defendant
                                ISMAEL FALILOU DIAGNE


                                McGREGOR W. SCOTT
                                United States Attorney


DATED: February 5, 2008         /s/ Rachelle Barbour for
                                ROBIN TAYLOR
                                Assistant U.S. Attorney


                                **O R D E R**

**IT IS SO ORDERED.**

DATED: February 6, 2008         _____
                                D. LOWELL JENSEN
                                UNITED STATES DISTRICT JUDGE

2