```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    ISMAEL FALILOU DIAGNE
 6
                    IN THE UNITED STATES DISTRICT COURT
 7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9
    UNITED STATES OF AMERICA,    )
10                               )   Case No. CR.S-07-478-DLJ
              Plaintiff,         )
11                               )   DATE:  March 25, 2008
         v.                      )   TIME:  9:00.a.m.
12  ISMAEL FAILOU DIAGNE,        )   JUDGE: Hon. D. Lowell Jensen
                                 )
13            Defendant.         )
                                 )
14  _____)

15
```

16      It is hereby stipulated and agreed to between the United States of
17 America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant,
18 ISMAEL FAILOU DIAGNE, by and though his counsel, RACHELLE BARBOUR,
19 Assistant Federal Defender, that the status conference set for Tuesday,
20 February 26, 2008 be rescheduled for Tuesday, March 25, 2008 at 9:00
21 a.m.
22      This continuance is being requested because defense counsel needs
23 additional time to discuss the case with the prosecutor, negotiate a
24 plea agreement, and present it to Mr. Diagne.
25 //
26 //

1     The parties request that speedy trial time be excluded from the
2 date of this order through the date of the status conference set for
3 March 25, 2008, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)
4 [reasonable time to prepare] (Local Code T4).

5 DATED: February 22, 2008    Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Rachelle Barbour
                                      RACHELLE BARBOUR
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ISMAEL FALILOU DIAGNE

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATED: February 22, 2008    /s/ Rachelle Barbour for
                                      ROBIN TAYLOR
                                      Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: February 22, 2008

                                      D. LOWELL JENSEN
                                      UNITED STATES DISTRICT JUDGE