DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ISMAEL FAILOU DIAGNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. CR.S-07-478-DLJ |
| | ) |
| v. | ) DATE:  April 15, 2008 |
| | ) TIME:  9:00.a.m. |
| ISMAEL FAILOU DIAGNE, | ) JUDGE: Hon. D. Lowell Jensen |
| | ) |
| Defendant. | ) |
| | ) |

_____

    It is hereby stipulated and agreed to between the United States of

America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant,

ISMAEL FAILOU DIAGNE, by and though his counsel, RACHELLE BARBOUR,

Assistant Federal Defender, that the status conference set for Tuesday,

March 25, 2008 be rescheduled for Tuesday, April 15, 2008 at 9:00 a.m.

    This continuance is being requested because defense counsel needs

additional time to discuss the case with the prosecutor, negotiate a

plea agreement, and present it to Mr. Diagne.

/ /

/ /

/ /

/ /

/ /

1    The parties request that speedy trial time be excluded from the

2  date of this order through the date of the status conference set for

3  April 15, 2008,  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)

4  [reasonable time to prepare] (Local Code T4).

5  DATED:  March 13, 2008          Respectfully submitted,

6                                  DANIEL J. BRODERICK
                                   Federal Defender
7

8                                  /s/ Rachelle Barbour
                                   RACHELLE BARBOUR
9                                  Assistant Federal Defender
                                   Attorney for Defendant
10                                 ISMAEL FAILOU DIAGNE

11

12                                 McGREGOR W. SCOTT
                                   United States Attorney
13

14
    DATED:  March 13, 2008          /s/ Rachelle Barbour for
15                                 ROBIN TAYLOR
                                   Assistant U.S. Attorney
16

17                                     **O R D E R**

18      **IT IS SO ORDERED.**

19
    DATED: March 13, 2008
20                                 _____
                                   D. LOWELL JENSEN
21                                 UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28
                                        2