1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   ISMAEL FAILOU DIAGNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )    Case No. CR.S-07-478-DLJ
              Plaintiff,          )
                                  )    DATE:  May 20, 2008
         v.                       )    TIME:  9:00.a.m.
                                  )    JUDGE: Hon. D. Lowell Jensen
ISMAEL FAILOU DIAGNE,             )
                                  )
              Defendant.          )
                                  )
_____

     It is hereby stipulated and agreed to between the United States of America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, ISMAEL FAILOU DIAGNE, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for Tuesday, April 15, 2008 be rescheduled for Tuesday, May 20, 2008 at 9:00 a.m.

     This continuance is being requested because defense counsel has received a proposed plea agreement from the government.  She needs additional time to discuss the case with the prosecutor, resolve issues related to loss, and present the agreement to Mr. Diagne.

/ /
/ /
/ /
/ /

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for May 20, 2008, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 11, 2008                Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender


                                     /s/ Rachelle Barbour
                                     RACHELLE BARBOUR
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     ISMAEL FAILOU DIAGNE



                                     McGREGOR W. SCOTT
                                     United States Attorney


DATED:  April 11, 2008               /s/ Rachelle Barbour for
                                     ROBIN TAYLOR
                                     Assistant U.S. Attorney


                                        **O R D E R**

   **IT IS SO ORDERED.**

DATED: April 11, 2008
                                     _____
                                     D. LOWELL JENSEN
                                     UNITED STATES DISTRICT JUDGE

2