```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700
```

Attorney for Defendant
ISMAEL FAILOU DIAGNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) ISMAEL FAILOU DIAGNE, ) ) Defendant. ) ) | Case No. CR.S-07-478-JAM DATE: July 8, 2008 TIME: 9:00.a.m. JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, ISMAEL FAILOU DIAGNE, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for Tuesday, June 17, 2008 be rescheduled for Tuesday, July 8, 2008 at 9:00 a.m.

This continuance is being requested because defense counsel has received a proposed plea agreement from the government.  The defense needs additional time to discuss the case with the prosecutor and present the agreement to Mr. Diagne.  Mr. Diagne must travel from San Francisco to go over the plea agreement and the case with defense counsel.

/ /

/ /

1  The parties request that speedy trial time be excluded from the
2  date of this order through the date of the status conference set for
3  July 8, 2008, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable
4  time to prepare] (Local Code T4).

DATED: June 16, 2008          Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender


                              /s/ Rachelle Barbour
                              RACHELLE BARBOUR
                              Assistant Federal Defender
                              Attorney for Defendant
                              ISMAEL FAILOU DIAGNE



                              McGREGOR W. SCOTT
                              United States Attorney


DATED:  June 16, 2008         /s/ Rachelle Barbour for
                              ROBIN TAYLOR
                              Assistant U.S. Attorney


                              **O R D E R**

    **IT IS SO ORDERED.**

DATED: June 16, 2008
                              /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              UNITED STATES DISTRICT JUDGE

**2**