1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   ISMAEL FAILOU DIAGNE

                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


   UNITED STATES OF AMERICA,      )
                                  )    Case No. CR.S-07-478-JAM
              Plaintiff,          )
                                  )    DATE: July 15, 2008
        v.                        )    TIME: 8:30 a.m.
                                  )    JUDGE: Hon. John A. Mendez
   ISMAEL FAILOU DIAGNE,          )
                                  )
              Defendant.          )
                                  )
   _____

        It is hereby stipulated and agreed to between the United States of America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, ISMAEL FAILOU DIAGNE, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for Tuesday, July 8, 2008 be rescheduled for Tuesday, July 15, 2008 at 8:30 a.m.
        This continuance is being requested because the parties are resolving several issues in a proposed plea agreement.  The parties need time to finalize the agreement and present it to the Court in advance of the next court date.
   //
   //

1  The parties request that speedy trial time be excluded from the
2 date of this order through the date of the status conference set for
3 July 15, 2008, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable
4 time to prepare] (Local Code T4).

DATED: July 7, 2008        Respectfully submitted,

                           DANIEL J. BRODERICK
                           Federal Defender


                           /s/ Rachelle Barbour
                           RACHELLE BARBOUR
                           Assistant Federal Defender
                           Attorney for Defendant
                           ISMAEL FAILOU DIAGNE



                           McGREGOR W. SCOTT
                           United States Attorney


DATED: July 7, 2008        /s/ Rachelle Barbour for
                           ROBIN TAYLOR
                           Assistant U.S. Attorney

                           **O R D E R**

   **IT IS SO ORDERED.**

DATED: July 7, 2008
                           /s/ John A. Mendez
                           HON. JOHN A. MENDEZ
                           UNITED STATES DISTRICT JUDGE