McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CR-00478-JAM |
| Plaintiff, ) | AMENDED PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| ISMAEL FALILOU DIAGNE, ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Ismael Falilou Diagne, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2320(b)(1)(B), defendant Ismael Falilou Diagne's interest in the following properties shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a)    Approximately 19 pairs of Bebe sunglasses;

    b)    Approximately 5 pairs of Baby Phat sunglasses;

    c)    Approximately 1 pair of Cartier sunglasses;

    d)    Approximately 5 pairs of Christian Dior sunglasses;

e) Approximately 10 pairs of Louis Vuitton sunglasses;
f) Approximately 2 pairs of J Lo sunglasses;
g) Approximately 24 pairs of Prada sunglasses;
h) Approximately 2 pairs of Oakley sunglasses;
i) Approximately 9 pairs of Rayban sunglasses;
j) Approximately 2 pairs of Versace sunglasses;
k) Approximately 26 pairs of Dolce & Gabbana sunglasses;
l) Approximately 8 pairs of Juicy Couture sunglasses;
m) Approximately 2 pairs of Sean John sunglasses;
n) Approximately 68 pairs of Chanel sunglasses;
o) Approximately 39 pairs of Gucci sunglasses;
p) Approximately 3 pairs of Armani sunglasses;
q) Approximately 26 pairs of Coach sunglasses;
r) Approximately 5 Prada wallets;
s) Approximately 8 Christian Dior wallets;
t) Approximately 8 Coach wallets;
u) Approximately 13 Gucci wallets;
v) Approximately 20 Coach watches;
w) Approximately 8 Chanel purses;
x) Approximately 2 Dooney & Burke purses;
y) Approximately 2 Hermes purses;
z) Approximately 2 Juicy Couture purses;
aa) Approximately 5 Christian Dior purses;
bb) Approximately 31 Coach purses;
cc) Approximately 10 Dolce & Gabbana purses;
dd) Approximately 100 Dolce & Gabbana emblems;
ee) Approximately 33 Prada purses;

1            ff)   Approximately 21 Ferragamo purses;
2            gg)   Approximately 37 Gucci purses;
3            hh)   Approximately 2 Louie Vuitton purses;
4            ii)   Approximately 1 Chloe purse; and
5            jj)   Approximately 1 Fendi purse.
6       2.   The above-listed properties were used, in any manner or
7  part, to commit or to facilitate a commission of a violation 18
8  U.S.C. § 2320(a).  Pursuant to 18 U.S.C. § 2320(b)(3)(B), the
9  Court shall order that any forfeited article or component of an
10 article bearing or consisting of a counterfeit mark be destroyed.
11      3.   Pursuant to Rule 32.2(b), the Attorney General (or a
12 designee) shall be authorized to seize the above-described
13 properties.  The aforementioned properties shall be seized and
14 held by the United States, in its secure custody and control.
15      4.   a.   Pursuant to 18 U.S.C. § 2320(b)(3)(B) incorporating
16 21 U.S.C. § 853(n) and Local Rule 83-171, the United States shall
17 publish notice of the order of forfeiture.  Notice of this Order
18 and notice of the Attorney General's (or a designee's) intent to
19 dispose of the property in such manner as the Attorney General
20 may direct shall be posted for at least 30 consecutive days on
21 the official internet government forfeiture site
22 www.forfeiture.gov.  The United States may also, to the extent
23 practicable, provide direct written notice to any person known to
24 have alleged an interest in the property that is the subject of
25 the order of forfeiture as a substitute for published notice as
26 to those persons so notified.
27           b.   This notice shall state that any person, other than
28 the defendant, asserting a legal interest in the above-listed

3

property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2320(b)(1)(B), in which all interests will be addressed.

    SO ORDERED this 30th day of October, 2008.

                                      /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      United States District Judge