LAWRENCE G. BROWN
Acting United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CR-00478-JAM |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| ISMAEL FALILOU DIAGNE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about October 30, 2008, this Court entered an Amended Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2320(b)(1)(B), based upon the plea agreement entered into between plaintiff and defendant Ismael Falilou Diagne forfeiting to the United States the following property:

    a) Approximately 19 pairs of Bebe sunglasses;

    b) Approximately 5 pairs of Baby Phat sunglasses;

    c) Approximately 1 pair of Cartier sunglasses;

    d) Approximately 5 pairs of Christian Dior sunglasses;

    e) Approximately 10 pairs of Louis Vuitton sunglasses;

    f) Approximately 2 pairs of J Lo sunglasses;

    g) Approximately 24 pairs of Prada sunglasses;

1

1  h)   Approximately 2 pairs of Oakley sunglasses;
2  i)   Approximately 9 pairs of Rayban sunglasses;
3  j)   Approximately 2 pairs of Versace sunglasses;
4  k)   Approximately 26 pairs of Dolce & Gabbana sunglasses;
5  l)   Approximately 8 pairs of Juicy Couture sunglasses;
6  m)   Approximately 2 pairs of Sean John sunglasses;
7  n)   Approximately 68 pairs of Chanel sunglasses;
8  o)   Approximately 39 pairs of Gucci sunglasses;
9  p)   Approximately 3 pairs of Armani sunglasses;
10 q)   Approximately 26 pairs of Coach sunglasses;
11 r)   Approximately 5 Prada wallets;
12 s)   Approximately 8 Christian Dior wallets;
13 t)   Approximately 8 Coach wallets;
14 u)   Approximately 13 Gucci wallets;
15 v)   Approximately 20 Coach watches;
16 w)   Approximately 8 Chanel purses;
17 x)   Approximately 2 Dooney & Burke purses;
18 y)   Approximately 2 Hermes purses;
19 z)   Approximately 2 Juicy Couture purses;
20 aa)  Approximately 5 Christian Dior purses;
21 bb)  Approximately 31 Coach purses;
22 cc)  Approximately 10 Dolce & Gabbana purses;
23 dd)  Approximately 100 Dolce & Gabbana emblems;
24 ee)  Approximately 33 Prada purses;
25 ff)  Approximately 21 Ferragamo purses;
26 gg)  Approximately 37 Gucci purses;
27 hh)  Approximately 2 Louie Vuitton purses;
28 ii)  Approximately 1 Chloe purse; and

1	        jj)   Approximately 1 Fendi purse.
2	     AND WHEREAS, beginning on November 5, 2008, for at least 30
3	consecutive days, the United States published notice of the Court's
4	Order of Forfeiture on the official internet government forfeiture
5	site www.forfeiture.gov.  Said published notice advised all third
6	parties of their right to petition the court within sixty (60) days
7	from the first day of publication of the notice for a hearing to
8	adjudicate the validity of their alleged legal interest in the
9	forfeited property;
10	     AND WHEREAS, the Court has been advised that no third party has
11	filed a claim to the subject property, and the time for any person
12	or entity to file a claim has expired.
13	     Accordingly, it is hereby ORDERED and ADJUDGED:
14	     1.  A Final Order of Forfeiture shall be entered forfeiting to
15	the United States of America all right, title, and interest in the
16	above-listed property pursuant to 18 U.S.C. § 2320(b)(1)(B), to be
17	disposed of according to law, including all right, title, and
18	interest of Ismael Falilou Diagne.
19	     2.  All right, title, and interest in the above-described
20	property shall vest solely in the name of the United States of
21	America.
22	     3.  The U.S. Marshals Service shall maintain custody of and
23	control over the subject property until it is disposed of according
24	to law.
25	     SO ORDERED THIS 4th day of February, 2009.
26	
27	                                   /s/ John A. Mendez
                                       JOHN A. MENDEZ
28	                                   United States District Judge